IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 15-00025-01-CR-W-BP |
| GEORGE H. ZYLKS, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On February 17, 2015, counsel for Defendant filed a motion for determination of competency (Doc. No. 10). Defendant was examined by Dawn Graney, Psy.D., and a competency hearing was held before United States Magistrate Judge Robert Larsen on July 7, 2015. The parties stipulated to Dr. Graney's report, in which Dr. Graney opined Defendant is not competent to stand trial.

Therefore, after making an independent review of the record it is

ORDERED that the motion for determination of competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that Defendant is incompetent to proceed. It is further

ORDERED that Defendant shall be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

                                                */s/ Beth Phillips*
                                                BETH PHILLIPS
                                                United States District Judge

Kansas City, Missouri
July _9_, 2015