IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                     Case No. 15-00025-01-CR-W-BP

GEORGE H. ZYLKS,

                Defendant.

## **O R D E R**

For the reasons set forth in the United States' Motion to Dismiss Indictment dated May 3, 2016, the Indictment against Defendant, GEORGE H. ZYLKS, is hereby dismissed.

Date: 5/10/2016                        /s/ Beth Phillips
Kansas City, Missouri           HONORABLE BETH PHILLIPS
                                                 United States District Judge
                                                 Western District of Missouri